IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | : |
| --- | --- |
| v. | : CRIMINAL NUMBER:7:11-CR-39-HL |
| ALEXEY STEPANOV, TUMEN GATAPOV, OLEG BADMAEV | : |

### ORDER FOR CONTINUANCE

The defendants in this case were indicted on August 10, 2011, and Defendants Gatapov and Badmaev were arraigned on August 22, 2011. Co-defendant Stepanov is currently in custody in New York on unrelated charges and has not yet made an appearance or been arraigned in this District. The parties are pursuing discovery and continue to activity engage in plea negotiations. Defendants Gatapov and Badmaev are currently in custody. There has been no motion to sever filed by any defendant.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Valdosta Division of this district and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h). The delay is based on the need to transport one co-defendant from another district, that failure to grant such continuance could result in a miscarriage of justice, and that failure to grant

such continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    SO ORDERED, this 20th day of September, 2011.

                                              `s/Hugh Lawson`
                                              HUGH LAWSON
                                              UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT D. McCULLERS
S/ROBERT D. McCULLERS
ASSISTANT UNITED STATES ATTORNEY